Mary E. CHAMBERS, Appellant

v.

OFFICE OF the ATTORNEY GENERAL, et al.,
Appellees

No. 16-7090
September Term, 2016

United States Court of Appeals,
District of Columbia Circuit.

Filed: 12/09/2016

Johnnie L. Johnson, III, Senior Trial Attorney, Law Office of Johnnie Louis Johnson III LLC, Reston, VA, for Plaintiff–Appellant.

Lucy E. Pittman, Assistant Attorney General, Loren L. AliKhan, Deputy Solicitor General, Todd Sunhwae Kim, Solicitor General, Office of the Attorney General, District of Columbia, Office of the Solicitor General, Washington, DC, for Defendants–Appellees.

BEFORE: Tatel, Kavanaugh, and Millett, Circuit Judges

## ORDER

Per Curiam

Upon consideration of the motion for summary affirmance and the response thereto, it is

**ORDERED** that the motion for summary affirmance be denied and, on the court's own motion, that the case be remanded to the district court for reconsideration of its dismissal of the complaint with prejudice and dismissal of the case in light of this court's recent decision in Cohen v. Board of Trustees of the University of the District of Columbia, 819 F.3d 476 (D.C. Cir. 2016).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.